**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER SECURITY LLC,** | |
| Plaintiff, | Case No. 2:13-cv-838 |
| v. | **PATENT CASE** |
| **HEWLETT-PACKARD COMPANY,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Long Corner Security LLC hereby dismisses this action against Defendant Hewlett-Packard Company ("Defendant"), without prejudice. Defendant has not served either an answer or a motion for summary judgment in this matter.

Dated: November 11, 2013       Respectfully submitted,

/s/ *Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: 903-730-6789
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Long Corner
Security LLC*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served upon all counsel of record on November 11, 2013 via the Court's CM/ECF system. A copy of the foregoing will also be served on all known counsel for Defendant who have not appeared.

                */s/ Craig Tadlock*
                Craig Tadlock